No. 1790.—POLICE JURY OF THE PARISH OF JEFFERSON, LEFT BANK,
v. L. F. FOUCHER.

See the case No. 1789, reported above.

APPEAL from the Second Judicial District Court. *Dugué,* J. *B. C. Elliott,* for plaintiff and appellant. *E. Bermudez,* for defendant and appellee.

TALIAFERRO, J. This case presents substantially the same issues as those in the case of the same plaintiff *v.* Burthe et al., just decided.

For the reasons stated in that case, it is ordered, adjudged and decreed that the judgment of the District Court rendered in this case be annulled, avoided and reversed. It is further ordered that the suit abate as to the demand of payment of the taxes claimed for the years 1863 and 1864; that plaintiff recover from defendant the sum of six hundred and twelve dollars fifty cents, amount of taxes for the year 1865, and the further sum of one hundred and ten dollars and ten cents, assessed to defendant for levee repairs for the same year, with eight per cent. interest on said sums from the first January, 1866, and one dollar fifty cents costs of recording tax bills, with lien and privilege on the property assessed.

It is further ordered that defendant pay costs in both cases.

Rehearing refused.

No. 1547.—FRANCIS M. FISK *v.* J. M. MOSS.

Where the appeal is taken in open court, citation of appeal to the appellee is unnecessary. C. P. 573.

A motion to dismiss the appeal for want of a proper bond will not be noticed by the Supreme Court, if not made within three judicial days from the filing of the record. 12 An. 350.

APPEAL from the Fourth District Court of New Orleans. *Théard,* J. *T. A. Bartlette,* for plaintiff and appellant. *A. Canonge,* for defendant and appellee.

LUDELING, C. J. The appellee has moved to dismiss this appeal on two grounds:

*First*—Because there is no citation.

*Second*—Because there is no bond.

The appeal was taken in open court, at the same term at which the judgment was rendered. This dispensed with citation Art. 573 C. P.

The objection to the bond cannot be noticed, as the motion to dismiss was not made within three judicial days after the record was filed. 2 An. 138; 3 An. 326; 11 An. 613; 12 An. 350.

On the day fixed for the trial of the cause the plaintiff failed to appear, after having been called according to law, and the District Judge dismissed the suit, on motion of the defendant. We perceive no error in the judgment.

It is therefore ordered, adjudged and decreed that the judgment of the District Court be affirmed, and that appellant pay costs of appeal.

Rehearing refused.